IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| v. | * Criminal No. 05-254-AW |
| DAVID M. KISSI, | * |
| Defendant. | * |

**************************************************************************

## **MEMORANDUM OPINION AND ORDER**

This matter is currently before on the Court regarding Defendant David M. Kissi's violation of supervised release. The sentencing hearing for Mr. Kissi has been scheduled for February 4, 2013 at 3:30 p.m.

Defendant has a long and complicated history before this Court. Of immediate concern, however, is Mr. Kissi's recent conduct with respect to filings and his treatment of employees of this courthouse. Mr. Kissi has continued to file or attempted to file duplicitous, repetitive, and frivolous pleadings throughout this case and others. The vast majority of Mr. Kissi's filings have no relevance to the narrow issues currently before this Court. Mr. Kissi also repeatedly fails to comply with the Local Rules of this Court with respect to filing, which require original documents and a signature. Furthermore, not only has he attempted to file his documents with the Clerk's Office, but Mr. Kissi has also sent similarly irrelevant and duplicitous pleadings directly to this chambers and to the chambers of other judges in this courthouse. Even more troubling, however, are reports that Mr. Kissi has made abusive and harassing telephone calls to employees in the Clerk's Office and that he has addressed correspondence directly to individual

staff members.  Mr. Kissi's conduct continues to sap the limited resources of this courthouse and is generally disruptive to the orderly business of this Court.

Accordingly, it is, this **14th day of January, 2013**, by the United States District Court of the District of Maryland, hereby **ORDERED** that:

1) The Court will not docket any of Mr. Kissi's filings unless he shows on the cover page that they are **clearly relevant** to his upcoming sentencing for violation of supervised release.  Furthermore, the Court will not docket any of Mr. Kissi's filings unless the documents are **original, not duplicative, and comply with all Local Rules of this Court**;

2) Any filings that are rejected for docketing because they are irrelevant, duplicitous, frivolous, or fail to comply with the Local Rules shall be temporarily retained by the Clerk's Office.  Within **thirty (30) days** of the date this case is closed, Mr. Kissi shall give prior notice to this Court that he or a designated agent intends to retrieve his filings on a specified date and time.  Mr. Kissi's failure to provide notice and retrieve his filings within thirty days of the date this case is closed could subject his documents to destruction; and

3) The Clerk shall **MAIL** a copy of this Order to Defendant.

/s/
Alexander Williams, Jr.
UNITED STATES DISTRICT JUDGE